■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL ROJAS, Appellant. [993 NYS2d 783]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Aloise, J.), rendered January 4, 2012, convicting him of criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

The defendant and his codefendant, Sebastian Giraldo, were tried together and were each convicted of two counts of criminal possession of a weapon in the second degree. For the reasons set forth in this Court's decision and order entitled *People v Giraldo* (116 AD3d 711, 712 [2014]), the Supreme Court's mischaracterization of the contents of a particular jury note deprived defense counsel of prior meaningful notice of the contents of the note and an opportunity to suggest appropriate responses in accordance with CPL 310.30 and *People v O'Rama* (78 NY2d 270 [1991]). Accordingly, a new trial is required based on the Supreme Court's failure to comply with CPL 310.30 in accordance with the procedure set forth in *People v O'Rama* (*see People v Giraldo*, 116 AD3d at 711-712).

The defendant's remaining contention is without merit. Skelos, J.P., Dickerson, Maltese and LaSalle, JJ., concur.